UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| STEPHEN NEWMAN, | ) | No. |
| Plaintiff, | ) | |
| | ) | NOTICE OF REMOVAL |
| v. | ) | |
| | ) | ***Clerk's Action Required*** |
| SOUND INPATIENT PHYSICIANS, INC. d/b/a | ) | |
| SOUND PHYSICIANS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO:     United States District Court for the Western District of Washington at Tacoma

Defendant SOUND INPATIENT PHYSICIANS, INC. d/b/a SOUND PHYSICIANS, ("Defendant") gives notice that it is removing the above-captioned case to the United States District Court for the Western District of Washington at Tacoma.  Defendant removes the case pursuant to 28 U.S.C. §§ 1441 and 1446, on the grounds set forth below.

1.     On April 25, 2016, Plaintiff Stephen Newman commenced this action by serving a Summons and Complaint on Defendant.  Thereafter, Plaintiff filed the Complaint in Pierce County Superior Court on May 18, 2016 and the case was denominated cause number 16-2-07942-9.

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1      2.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is being filed

2   within 30 days of service of the Complaint.

3      3.      A true and correct copy of the Complaint is attached as Exhibit A.

4      4.      The Complaint alleges a cause of action under the Family and Medical Leave

5   Act ("FMLA"), 29 U.S.C. §§2611 et seq.  Thus, this is a civil action over which this Court has

6   original jurisdiction under 28 U.S.C. § 1331.

7      5.      This action may be removed to this Court pursuant to the provisions of 28

8   U.S.C. § 1441(a) because it is a civil action founded on a claim or right arising under the laws

9   of the United States.  This action is removable without regard to the citizenship or residence of

10  the parties.

11     6.      Removal is proper to the Western District of Washington at Tacoma because the

12  claim arose in Pierce County, Washington.  *See* Local Civil Rule 3(d).

13     7.      All state law claims asserted by Plaintiff in his Complaint relate to and arise

14  from the same nucleus of operative facts as the federal questions.  The state law claims do not

15  raise novel or complex state law issues, and do not substantially predominate over the federal

16  claims.  Accordingly, pursuant to 28 U.S.C. §§ 1367(a), this Court has supplemental

17  jurisdiction to hear and decide all claims asserted by Plaintiff in his Complaint.

18     8.      As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders

19  served on Defendant are attached as Exhibit A, along with all process, pleadings, and orders

20  filed in the state court action.

21     9.      Notice of this removal will be given properly to Plaintiff and the Superior Court

22  pursuant to 28 U.S.C. §1446(d).

23

NOTICE OF REMOVAL - 2
DWT 29504194v1 0083362-000014

1   WHEREFORE, Defendant respectfully gives notice that the above-entitled action is

2   removed from the Pierce County Superior Court to the United States District Court for the

3   Western District of Washington at Tacoma.

4   DATED this 18th day of May, 2016

5                                  DAVIS WRIGHT TREMAINE LLP
                                   Attorneys for Defendant SOUND INPATIENT
6                                  PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

7   By *s/ Gregory Hendershott*
                                   Gregory Hendershott, WSBA #27838
8                                  777 108th Ave. NE, Suite 2300
                                   Bellevue, WA  98004
9                                  Telephone: (425) 646-6100
                                   Fax: (425) 646-6199
10                                 greghendershott@dwt.com

11  By  *s/ Laura Turczanski*
12                                 Laura Turczanski, WSBA #47070
                                   1201 Third Avenue, Suite 2200
13                                 Seattle, Washington 98101-3045
                                   Telephone: (206) 622-3150
14                                 Fax: (206) 757-7700
                                   E-mail: lauraturczanski@dwt.com

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL - 3
DWT 29504194v1 0083362-000014

1

**DECLARATION OF SERVICE**

2

I hereby declare under penalty of perjury under the laws of the State of Washington,

3

that on May 18, 2016, I electronically filed ***Defendant's Notice of Removal*** with the Clerk of

4

the Court using the CM/ECF system which will send notification of such filing to the

5

following:

6

7
Patrick B. Reddy
Amanda V. Masters

8
EMERY REDDY, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101

9
P: (206) 442-9106
reddyp@emeryreddy.com

10
amanda@emeryreddy.com

11
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant SOUND INPATIENT

12
PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

13
By  */s/ Laura Turczanski*

14
Laura Turczanski, WSBA #47070
1201 Third Avenue, Suite 2200

15
Seattle, Washington 98101-3045
Telephone: (206) 622-3150

16
Fax: (206) 757-7700
E-mail: lauraturczanski@dwt.com

17

18

19

20

21

22

23

# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY
## CASE COVER SHEET / CIVIL CASES

Case Title STEPHEN NEWMAN VS. INC. D/B/A SOUND PHYSICIANS SOUND INPATIENT PHYSICIANS Case Number 16-2-07942-9

Atty/Litigant Patrick Brian Reddy                    Bar # 34092       Phone (206) 442-9106

Address 600 Stewart St Ste 1100

City SEATTLE                              State WA              Zip 98101

Please check one category that best describes this case for indexing purposes.

*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR3*

**APPEAL / REVIEW**
- ☐ Administrative Law Review (ALR 2) *REV 6*
- ☐ Civil, Non-Traffic (LCA 2) *REV 6*
- ☐ Civil, Traffic (LCI 2) *REV 6*
- ☐ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
- ☐ Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) *STANDARD*
- ☐ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
- ☐ Judgment, Another County or Abstract Only (ABJ 2) *Non PCLR*
- ☐ Transcript of Judgment (TRJ 2) *Non PCLR*
- ☐ Foreign Judgment Civil or Judgment, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
- ☐ Death, Non-Death Injuries or Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
- ☐ Other Malpractice (MAL 2) *COMPLEX*
- ☐ Personal Injury (PIN 2) *STANDARD*
- ☐ Property Damage (PRP 2) *STANDARD*
- ☐ Wrongful Death (WDE 2) *STANDARD*
- ☑ Other Tort, Products Liability or Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
- ☐ Condemnation (CON 2) *STANDARD*
- ☐ Foreclosure (FOR 2) *REV 4*
- ☐ Property Fairness (PFA 2) *STANDARD*
- ☐ Quiet Title (QTI 2) *STANDARD*
- ☐ Unlawful Detainer / Eviction (UND 2) *REV 4*
- ☐ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
- ☐ Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) *REV 4*
- ☐ Injunction (INJ 2) *REV 4*
- ☐ Malicious Harassment (MHA 2) *Non PCLR*
- ☐ Meretricious Relationship (MER 2) *REV 4*
- ☐ Minor Settlement/No Guardianship (MST2) *REV 4*
- ☐ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
- ☐ Property Damage Gangs (PRG 2) *REV 4*
- ☐ Relief from Duty to Register (RDR) *REV 12*
- ☐ Restoration of Firearm Rights (RFR 2) *REV4*
- ☐ Seizure of Property/Comm. of Crime(SPC2) *REV 4*
- ☐ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*
- ☐ Trust/Estate Dispute Resolution (TDR2) *REV 12*

**TORT / MEDICAL MALPRACTICE**
- ☐ Hospital, Medical Doctor, or Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
- ☐ Habeas Corpus (WHC 2) *REV 4*
- ☐ Mandamus (WRM 2) *REV 4*
- ☐ Review (WRV 2) *REV 4*
- ☐ Miscellaneous Writ (WMW 2) *REV 4*

Miscellaneous _____

Revised 10/17/14

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

| | |
|---|---|
| STEPHEN NEWMAN | No.  16-2-07942-9 |
| Plaintiff(s) | ORDER SETTING CASE SCHEDULE |
| | Type of case: TTO |
| Vs. | Estimated Trial (days): |
| | Track Assignment: Complex |
| INC. D/B/A SOUND PHYSICIANS SOUND INPATIENT PHYSICI | Assignment Department: 19 |
| | Docket Code: **ORSCS** |
| Defendant(s) | |

| | |
|---|---|
| Confirmation of Service | 6/29/2016 |
| Confirmation of Joinder of Parties, Claims and Defenses | 11/16/2016 |
| Jury Demand | 11/23/2016 |
| Status Conference (Contact Court for Specific Date) | Week of 12/28/2016 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 2/8/2017 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 3/8/2017 |
| Disclosure of Rebuttal Witnesses | 6/21/2017 |
| Deadline for Filing Motion to Adjust Trial Date | 7/12/2017 |
| Discovery Cutoff | 8/30/2017 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 9/20/2017 |
| Deadline for Hearing Dispositive Pretrial Motions | 10/4/2017 |
| Joint Statement of Evidence | 10/4/2017 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 10/4/2017 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 10/25/2017 |
| Trial | 11/15/2017 9:00 |

## Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: May 17, 2016

Judge PHILIP K. SORENSEN
Department 19

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| STEPHEN NEWMAN, | No. |
| Plaintiff, | SUMMONS (20 DAYS) |
| v. | |
| SOUND INPATIENT PHYSICIANS, INC. d/b/a SOUND PHYSICIANS , | |
| Defendant. | |

TO:     SOUND INPATIENT PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

    A lawsuit has been started against you in the above entitled court by the above-captioned plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond by stating your defense in writing, and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded.  If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1   You may demand that the plaintiff file this lawsuit with the court. If you do so, the

2   demand must be in writing and must be served upon the person signing this summons. Within

3   14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

4   service on you of this summons and complaint will be void.

5   If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6   that your written response, if any, may be served on time.

7   This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of The State

8   of Washington.

9

10   DATED this 20th day of April, 2016.

11   Submitted By:

12   EMERY | REDDY, PLLC

13

14

15   PATRICK B. REDDY
     WSBA No. 34092

16   AMANDA V. MASTERS
     WSBA No.  46342

17   Emery Reddy, PLLC
     600 Stewart St., Ste 1100

18   Seattle, WA 98101
     Telephone: (206) 442-9106

19   Fax: (206) 441-9711
     Email: reddyp@emeryreddy.com

20   amanda@emeryreddy.com

21   Attorneys for Plaintiff Stephen Newman

22

23

24

25

26

SUMMONS (20 DAYS)  - 2

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| STEPHEN NEWMAN,<br><br>               Plaintiff,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS, INC.<br>d/b/a SOUND PHYSICIANS, a Delaware<br>Corporation,<br><br>               Defendant. | No.<br><br>COMPLAINT FOR DAMAGES FOR<br>WRONGFUL TERMINATION AND<br>VIOLATION OF THE WASHINGTON<br>LAW AGAINST DISCRIMINATION |

Plaintiff Stephen Newman alleges:

## I. JURISDICTION AND VENUE

1.1  This Court has subject matter jurisdiction over this cause of action under RCW 2.08.010.

1.2  Plaintiff Stephen Newman (hereinafter the "Plaintiff" or "Mr. Newman") is a resident of Graham, Pierce County, Washington, and worked for the Defendant, in Tacoma, Pierce County, Washington.

1.3  Defendant Sound Inpatients Physicians, Inc. d/b/a Sound Physicians (hereinafter the "Defendant" or "Sound Physicians") is a Delaware corporation with a principal place of business in Tacoma, Washington.

1.4  The wrongful acts alleged by Mr. Newman occurred in whole or in part in Tacoma, Pierce County, Washington.

1.5  The Court has jurisdiction over this action pursuant to RCW 49.60.030.

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1.6    Venue is proper in this Court because the acts alleged herein took place in Pierce County, Washington, and the Defendant transacts business in Pierce County, Washington.

## II. STATEMENT OF FACTS APPLICABLE TO ALL CLAIMS AND CAUSES OF ACTION

2.1    Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 1.6 as if fully set forth herein.

2.2    On or about June 9, 2015, the Defendant hired Mr. Newman as a Business Intelligence Developer.

2.3    Approximately a week after Mr. Newman began his employment with the Defendant, he was diagnosed with congestive heart failure.

2.4    Mr. Newman immediately notified his supervisors of his conditions, as he knew he would need to take time out of work in order to attend medical appointments.

2.5    Sound Physicians told Mr. Newman that this was not a problem and allowed Mr. Newman to work from home when necessary, as an accommodation for his disability.

2.6    Less than a year after the Defendant hired Mr. Newman, it promoted him to Senior Business Intelligence Developer and gave him a merit based raise.

2.7    In approximately June 2015, a supervisor told Mr. Newman that he could no longer work from home.

2.8    The supervisor told Mr. Newman that he had to reschedule any doctor appointments that conflicted with meetings the supervisor would set up at arbitrary times, when he knew Mr. Newman had a scheduled doctor appointment.

2.9    In approximately October 2015, Mr. Newman was diagnosed with diabetes.

2.10    On or about November 4, 2015, Mr. Newman went on approved leave under the Family Medical Leave Act ("FMLA"), which was to end on January 10, 2016.

2.11    On or about January 4, 2016, Mr. Newman requested an additional accommodation of extended leave until he was able to make an appointment to see his cardiologist for a work release on January 25, 2016.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

2.12    The Defendant granted this accommodation request.

2.13    On or about January 29, 2016, Mr. Newman was told that his first day back to work with the Defendant would be February 2, 2016.

2.14    On or about February 2, 2016, Mr. Newman arrived to work and the Defendant immediately terminated him.

2.15    One of the reasons for termination that was cited was failure to perform a task that his supervisor had previously told him not to perform.

### III.    SPECIFIC STATEMENT OF CLAIMS AND CAUSES OF ACTION

3.1    Mr. Newman incorporates by reference and re-alleges paragraphs 1.1 – 2.15 as if fully set forth herein.

### A. CLAIM FOR DISCRIMINATION UNDER THE WASHINGTON LAW AGAINST DISCRIMINATION (DISPARATE TREATMENT)

3.2    The Plaintiff is a member of a protected class, because he has a disability.

3.3    The Plaintiff is qualified for the position he maintained with the Defendant or substantially equal work.

3.4    The Plaintiff took an adverse employment action toward him in the form of termination.

3.5    The Plaintiff was performing satisfactory work at the time of his termination.

3.6    The Plaintiff was replaced by a younger person and a person without a disability.

3.7    The Defendant terminated the Plaintiff from employment because of his physical limitations in violation of the Washington Law Against Discrimination, RCW 49.60.180.

### B. CLAIM FOR RETALIATION UNDER THE WLAD

3.8    The Defendant retaliated against the Plaintiff for having a disability and for requesting a reasonable accommodation.

3.9    The Plaintiff was engaged in the protected activity of requesting a workplace accommodation for his disability.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

3.10    The Defendant took an adverse employment action when it failed to accommodate the Plaintiff's physical limitation and terminated him for having a disability.

3.11    The Plaintiff's request for accommodation prompted the Defendant's actions, which were its failure to accommodate the Plaintiff and subsequent termination of him.

## C. CLAIM FOR VIOLATION OF THE FAMILY MEDICAL LEAVE ACT

3.12    The Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 3.20 as if fully set forth herein.

3.13    The Plaintiff had a medical condition for which he required a medical leave of absence and a reasonable accommodation.

3.14    The Plaintiff was eligible and was approved for leave under the FMLA.

3.15    The Defendant retaliated against the Plaintiff when it terminated him for taking leave under the FMLA, in violation of 29 U.S.C. §2615.

3.16    The Defendant's termination of the Plaintiff's employment on or about February 2, 2016, was a willful violation of the FMLA, specifically 29 U.S.C. §§ 2614, 2615, and 2616.

## IV.    DAMAGES

4.1    The Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 3.16 as if fully set forth herein.

4.2    The Defendant's unlawful conduct with regard to its employment of the Plaintiff has caused the Plaintiff the following damages:

4.2.1    Lost back pay, wages, and benefits in amounts to be established at trial.

4.2.2    Lost front pay, future wages, and benefits in amounts to be established at trial.

4.2.3    Attorney fees and costs.

4.2.4    Emotional upset, stress, and anxiety in an amount to be established at trial.

4.2.5    Out of pocket expenses, litigation costs, and attorney fees in amounts to be established at trial.

4.2.6    Statutory and punitive damages.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## V.    REQUEST FOR RELIEF

The Plaintiff Stephen Newman requests that the court enter judgment against the Defendant as follows:

1. Awarding the Plaintiff special damages for lost wages, benefits, and out of pocket expenses in amounts to be established at trial.

2. Awarding the Plaintiff general damages for emotional distress in an amount to be established at trial.

3. Awarding the Plaintiff reinstatement to his former position with Defendants or in lieu of reinstatement, awarding the Plaintiff future wage loss in an amount to be established at trial.

4. Awarding the Plaintiff actual and reasonable attorney fees, litigation expenses, and costs incurred in this action under RCW 49.46.090 and RCW 49.60.030.

5. Declaratory relief to the effect that the Defendant have violated the Plaintiff's statutory rights;

6. Awarding the Plaintiff prejudgment interest on his lost wages award and economic loss; and

7. Awarding the Plaintiff any additional or further relief which the court finds equitable, appropriate or just.

DATED this 20th day of April, 2016.

EMERY | REDDY, PLLC

By:

PATRICK B. REDDY
WSBA No. 34092
AMANDA V. MASTERS
WSBA No. 46342
Emery Reddy, PLLC
600 Stewart St., Ste 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
amanda@emeryreddy.com
Attorneys for Plaintiff Stephen Newman

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 5

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

| | |
|---|---|
| **STEPHEN NEWMAN** | Cause No.: |
| Plaintiff/Petitioner | Hearing Date: |
| vs. | |
| **SOUND INPATIENT PHYSICIANS, INC. d/b/a** | DECLARATION OF SERVICE OF |
| **SOUND PHYSICIANS, a Delaware Corporation** | **SUMMONS; COMPLAINT FOR DAMAGES FOR WRONGFUL** |
| Defendant/Respondent | **TERMINATION AND VIOLATION OF THE WASHINGTON** |
| | **LAW AGAINST DISCRIMINATION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of April, 2016** at **11:00 AM** at the address of **300 DESCHUTES WAY SW SUITE 304, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **SOUND INPATIENT PHYSICIANS, INC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Caroline Little** , **REGISTERED AGENT** , **PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 74.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____4/26/16_____.

_____

**Scott Gogan, Reg. # 11-0127-04, Thurston County**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Emery Reddy PLLC**
Ref #: **2394-001**

Tracking #: **0011409974**



E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 9:04 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

STEPHEN NEWMAN,

                       Plaintiff,

     v.

SOUND INPATIENT PHYSICIANS, INC.
d/b/a SOUND PHYSICIANS, a Delaware
Corporation,

                      Defendant.

No.   16-2-07942-9

MOTION FOR DEFAULT ORDER

## I.   INTRODUCTION

Plaintiff Stephen Newman respectfully moves the court for an order of default against the Defendant, Sound Inpatient Physicians, Inc. d/b/a Sound Physicians.  Defendant has failed to answer, plead, or otherwise defend the Plaintiff's complaint for affirmative relief against it.

## II.  STATEMENT OF FACTS

On April 25, 2016, the Plaintiff Stephen Newman ("Mr. Newman" or the "Plaintiff") commenced a lawsuit against his former employer, Sound Inpatient Physicians, Inc. ("Sound Physicians" or the "Defendant") by serving Sound Physicians with a Summons and Complaint. Declaration of Amanda V. Masters (hereinafter "Masters Decl."). at Exh. 1. At 11:00 A.M. on April 25, 2016, ABC Legal Services served the Summons and Complaint for Damages for Wrongful Termination.  *Id.* The process server served the aforementioned documents on Caroline Little, the authorized person to accept service for Sound Physicians registered agent,

MOTION FOR DEFAULT ORDER - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Corporation Service Company. *Id*. Sound Physicians is a Delaware corporation with a principal place of business in Tacoma, Washington. *Id*. at Exh. 2 and Exh. 3.

As of the date of this motion, Sound Physicians has not served Mr. Newman with any answer, notice of appearance, pleading, or other defense.

### III. STATEMENT OF THE ISSUE

The following issue is presented for resolution by the Court:

> (1) *Whether the court should enter an order of default against Defendant Sound Physicians because it has failed to answer, plead, or otherwise defend Plaintiff's complaint for affirmative relief against it.*

### IV. EVIDENCE RELIED UPON

This motion is based on the attached Declaration of Plaintiff's Counsel, Amanda V. Masters, and the attachments thereto, which demonstrates that proper service has been made on the Defendant Sound Physicians and that the venue in this action is proper.

### V. ARGUMENT AND LEGAL AUTHORITY

This motion is made pursuant to CR 55, which provides in pertinent part:

> When a party against whom a judgment for affirmative relief is sought has failed to appear, plead, or otherwise defend as provided by these rules and that fact is made to appear by motion and affidavit, a motion for default may be made.

CR 55 (a)(1). An order of default is appropriate after more than 20 days have elapsed since proper service. A party has 20 days to provide a copy of his defense, once it has been properly served with a summons and complaint. CR (a)(2). A party "appears" in an action when the party "answers, demures, makes any application for an order therein, or gives the plaintiff written notice of his appearance." RCW 4.28.210. In an ordinary litigation setting, a plaintiff has no ethical or good faith obligation to inform a defendant who has not answered or filed a notice of appearance that it will seek a default judgment. *Lenzi v. Redlands Ins. CO.*, 140 Wn.2d 267, 277, 996 P.2d 603 (2000), *citing* CR 55(a)(3).

MOTION FOR DEFAULT ORDER - 2

Here, an order of default is appropriate because Sound Physicians has failed to appear, plead, or otherwise defend, formally or informally, within 20 days after it was properly served in its proper venue.  Thus, an order of default is appropriate.

## VI. PROPOSED ORDER

For the foregoing reasons, the Plaintiff respectfully requests that the Court enter the attached proposed Order of Default finding the defendants in default for failure to answer or appear.

DATED this 18th day of May, 2016, at Seattle, Washington.

EMERY | REDDY, PLLC


By:     s/ Amanda V. Masters
        PATRICK B. REDDY
        WSBA No.34092
        AMANDA V. MASTERS
        WSBA No.  46342
        Emery Reddy, PLLC
        600 Stewart St., Ste 1100
        Seattle, WA 98101
        Telephone: (206) 442-9106
        Fax: (206) 441-9711
        Email: reddyp@emeryreddy.com
        amanda@emeryreddy.com
        Attorneys for Plaintiff
        Stephen Newman

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 9:04 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| STEPHEN NEWMAN,<br><br>                              Plaintiff,<br><br>         v.<br><br>SOUND INPATIENT PHYSICIANS, INC.<br>d/b/a SOUND PHYSICIANS, a Delaware<br>Corporation,<br><br>                              Defendant. | No.  16-2-07942-9<br><br>DECLARATION OF AMANDA V.<br>MASTERS IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR<br>DEFAULT ORDER |

I, Amanda V. Masters, certify and declare under the penalty of perjury that the following is true and correct and based upon personal knowledge to the best of my ability:

1.   I am an attorney representing the Plaintiff in the above-captioned matter.

2.   I am over the age of eighteen years and competent to testify to the matters herein.

3.   My office has not communicated in any manner with Defendant Sound Inpatient Physicians, Inc. d/b/a Sound Physicians, in regard to this matter as of May 18, 2016.

4.   Attached as Exhibit 1 to this declaration is a true and correct copy of the Declaration of Service, dated April 26, 2016.

5.   Attached as Exhibit 2 to this declaration is a true and correct copy of Sound Inpatient Physicians, Inc.'s registered agent information.

6.   Attached as Exhibit 3 to this declaration is a true and correct copy of the Plaintiff's pay stubs, issued by Defendant Sound Inpatient Physicians, Inc.

DECLARATION OF AMANDA V. MASTERS - 1

7.   Attached as Exhibit 4 to this declaration is a true and correct copy of the Summons and Complaint for Damages for Wrongful Termination, dated April 20, 2016.


DATED this 18th day of May, 2016, at Seattle, Washington.



By:     s/ Amanda V. Masters
        Amanda V. Masters

DECLARATION OF AMANDA V. MASTERS - 2

# EXHIBIT 1

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

**STEPHEN NEWMAN**

Plaintiff/Petitioner

vs.

**SOUND INPATIENT PHYSICIANS, INC. d/b/a**
**SOUND PHYSICIANS, a Delaware Corporation**
Defendant/Respondent

Cause No.:

Hearing Date:

DECLARATION OF SERVICE OF
SUMMONS; COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE WASHINGTON
LAW AGAINST DISCRIMINATION

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of April, 2016** at **11:00 AM** at the address of **300 DESCHUTES WAY SW SUITE 304, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **SOUND INPATIENT PHYSICIANS, INC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Caroline Little , REGISTERED AGENT , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 74.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _4/26/16_____.

_____

Scott Gogan, Reg. # 11-0127-04, Thurston County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Emery Reddy PLLC
Ref #: 2394-001

Tracking #: **0011409974**

# EXHIBIT 2

## SOUND INPATIENT PHYSICIANS, INC.

View Additional Information »

Purchase Documents for this Corporation »

| | |
|---|---|
| UBI Number | 602460483 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State of Incorporation | DE |
| WA Filing Date | 07/20/2007 |
| Expiration Date | 07/31/2016 |
| Inactive Date | |
| Duration | Perpetual |

## Registered Agent Information

| | |
|---|---|
| Agent Name | CORPORATION SERVICE COMPANY |
| Address | 300 DESCHUTES WAY SW STE 304 |
| City | TUMWATER |
| State | WA |
| ZIP | 98501 |

# EXHIBIT 3

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 050. |
|-----|------|-------|-------|-----------|------|
| YVP | 000689 | 990062 | | 0000060378 | 1 |

# Earnings   Statement



SOUND INPATIENT PHYSICIANS
1123 PACIFIC AVENUE
TACOMA, WA 98402
COMPANY PH#:253-682-1710

| Period Beginning: | 02/01/2016 |
|---|---|
| Period Ending: | 02/15/2016 |
| Pay Date: | 02/12/2016 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     1
   WA:        No State Income Tax

STEPHEN  JOSEPH  NEWMAN
20716  92ND  AVE.  E
GRAHAM  WA  98338

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Pto | 40.8639 | 37.00 | 1,511.96 | 1,511.96 |
| Gross Pay | | | $1,511.96 | 1,511.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -158.21 | 158.21 |
| | Social Security Tax | -89.90 | 89.90 |
| | Medicare Tax | -21.02 | 21.02 |
| | **Other** | | |
| | Dental Pretax | -7.00* | 7.00 |
| | Medical Pretax | -56.50* | 56.50 |
| | Vision Pretax | -2.50* | 2.50 |
| | Net Pay | $1,176.83 | |
| | Checking 1 | -1,176.83 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.02 | 4.02 |
| Pto Balance | | -35.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,445.96

© 2000 A.D.P., LLC

SOUND  INPATIENT  PHYSICIANS
1123  PACIFIC  AVENUE
TACOMA , WA  98402
COMPANY  PH#:253 -682 -1710

| Advice number: | 00000060378 |
|---|---|
| Pay date: | 02/12/2016 |

Deposited  to the account  of
STEPHEN  JOSEPH  NEWMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1764 | xxxx  xxxx | $1,176.83 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# EXHIBIT 4

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

STEPHEN NEWMAN,

                Plaintiff,

   v.

SOUND INPATIENT PHYSICIANS, INC.
d/b/a SOUND PHYSICIANS ,

                Defendant.

No.

SUMMONS (20 DAYS)

TO:    SOUND INPATIENT PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

    A lawsuit has been started against you in the above entitled court by the above-captioned plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond by stating your defense in writing, and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded.  If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (20 DAYS) - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1    You may demand that the plaintiff file this lawsuit with the court. If you do so, the

2 demand must be in writing and must be served upon the person signing this summons. Within

3 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

4 service on you of this summons and complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6 that your written response, if any, may be served on time.

7    This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of The State

8 of Washington.

9

10    DATED this 20th day of April, 2016.

11                                          Submitted By:

12                                          EMERY | REDDY, PLLC

13

14

15                                          PATRICK B. REDDY
                                            WSBA No. 34092
16                                          AMANDA V. MASTERS
                                            WSBA No. 46342
17                                          Emery Reddy, PLLC
                                            600 Stewart St., Ste 1100
18                                          Seattle, WA 98101
                                            Telephone: (206) 442-9106
19                                          Fax: (206) 441-9711
                                            Email: reddyp@emeryreddy.com
20                                          amanda@emeryreddy.com
                                            Attorneys for Plaintiff Stephen Newman
21

22

23

24

25

26

SUMMONS (20 DAYS) - 2                          EMERY | REDDY, PLLC
                                               600 Stewart Street, Suite 1100
                                               Seattle, WA 98101
                                               PHONE: (206) 442-9106 • FAX: (206) 441-9711

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 16-2-07942-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| STEPHEN NEWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUND INPATIENT PHYSICIANS, INC.<br>d/b/a SOUND PHYSICIANS, a Delaware<br>Corporation,<br><br>        Defendant. | No.<br><br>COMPLAINT FOR DAMAGES FOR<br>WRONGFUL TERMINATION AND<br>VIOLATION OF THE WASHINGTON<br>LAW AGAINST DISCRIMINATION |

Plaintiff Stephen Newman alleges:

## I. JURISDICTION AND VENUE

1.1     This Court has subject matter jurisdiction over this cause of action under RCW 2.08.010.

1.2     Plaintiff Stephen Newman (hereinafter the "Plaintiff" or "Mr. Newman") is a resident of Graham, Pierce County, Washington, and worked for the Defendant, in Tacoma, Pierce County, Washington.

1.3     Defendant Sound Inpatients Physicians, Inc. d/b/a Sound Physicians (hereinafter the "Defendant" or "Sound Physicians") is a Delaware corporation with a principal place of business in Tacoma, Washington.

1.4     The wrongful acts alleged by Mr. Newman occurred in whole or in part in Tacoma, Pierce County, Washington.

1.5     The Court has jurisdiction over this action pursuant to RCW 49.60.030.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1.6    Venue is proper in this Court because the acts alleged herein took place in Pierce County, Washington, and the Defendant transacts business in Pierce County, Washington.

## II. STATEMENT OF FACTS APPLICABLE TO ALL CLAIMS AND CAUSES OF ACTION

2.1    Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 1.6 as if fully set forth herein.

2.2    On or about June 9, 2015, the Defendant hired Mr. Newman as a Business Intelligence Developer.

2.3    Approximately a week after Mr. Newman began his employment with the Defendant, he was diagnosed with congestive heart failure.

2.4    Mr. Newman immediately notified his supervisors of his conditions, as he knew he would need to take time out of work in order to attend medical appointments.

2.5    Sound Physicians told Mr. Newman that this was not a problem and allowed Mr. Newman to work from home when necessary, as an accommodation for his disability.

2.6    Less than a year after the Defendant hired Mr. Newman, it promoted him to Senior Business Intelligence Developer and gave him a merit based raise.

2.7    In approximately June 2015, a supervisor told Mr. Newman that he could no longer work from home.

2.8    The supervisor told Mr. Newman that he had to reschedule any doctor appointments that conflicted with meetings the supervisor would set up at arbitrary times, when he knew Mr. Newman had a scheduled doctor appointment.

2.9    In approximately October 2015, Mr. Newman was diagnosed with diabetes.

2.10    On or about November 4, 2015, Mr. Newman went on approved leave under the Family Medical Leave Act ("FMLA"), which was to end on January 10, 2016.

2.11    On or about January 4, 2016, Mr. Newman requested an additional accommodation of extended leave until he was able to make an appointment to see his cardiologist for a work release on January 25, 2016.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 2

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

2.12    The Defendant granted this accommodation request.

2.13    On or about January 29, 2016, Mr. Newman was told that his first day back to work with the Defendant would be February 2, 2016.

2.14    On or about February 2, 2016, Mr. Newman arrived to work and the Defendant immediately terminated him.

2.15    One of the reasons for termination that was cited was failure to perform a task that his supervisor had previously told him not to perform.

## III.   SPECIFIC STATEMENT OF CLAIMS AND CAUSES OF ACTION

3.1    Mr. Newman incorporates by reference and re-alleges paragraphs 1.1 – 2.15 as if fully set forth herein.

### A. CLAIM FOR DISCRIMINATION UNDER THE WASHINGTON LAW AGAINST DISCRIMINATION (DISPARATE TREATMENT)

3.2    The Plaintiff is a member of a protected class, because he has a disability.

3.3    The Plaintiff is qualified for the position he maintained with the Defendant or substantially equal work.

3.4    The Plaintiff took an adverse employment action toward him in the form of termination.

3.5    The Plaintiff was performing satisfactory work at the time of his termination.

3.6    The Plaintiff was replaced by a younger person and a person without a disability.

3.7    The Defendant terminated the Plaintiff from employment because of his physical limitations in violation of the Washington Law Against Discrimination, RCW 49.60.180.

### B. CLAIM FOR RETALIATION UNDER THE WLAD

3.8    The Defendant retaliated against the Plaintiff for having a disability and for requesting a reasonable accommodation.

3.9    The Plaintiff was engaged in the protected activity of requesting a workplace accommodation for his disability.

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

3.10    The Defendant took an adverse employment action when it failed to accommodate the Plaintiff's physical limitation and terminated him for having a disability.

3.11    The Plaintiff's request for accommodation prompted the Defendant's actions, which were its failure to accommodate the Plaintiff and subsequent termination of him.

## C. CLAIM FOR VIOLATION OF THE FAMILY MEDICAL LEAVE ACT

3.12    The Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 3.20 as if fully set forth herein.

3.13    The Plaintiff had a medical condition for which he required a medical leave of absence and a reasonable accommodation.

3.14    The Plaintiff was eligible and was approved for leave under the FMLA.

3.15    The Defendant retaliated against the Plaintiff when it terminated him for taking leave under the FMLA, in violation of 29 U.S.C. §2615.

3.16    The Defendant's termination of the Plaintiff's employment on or about February 2, 2016, was a willful violation of the FMLA, specifically 29 U.S.C. §§ 2614, 2615, and 2616.

## IV.    DAMAGES

4.1    The Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 3.16 as if fully set forth herein.

4.2    The Defendant's unlawful conduct with regard to its employment of the Plaintiff has caused the Plaintiff the following damages:

4.2.1    Lost back pay, wages, and benefits in amounts to be established at trial.

4.2.2    Lost front pay, future wages, and benefits in amounts to be established at trial.

4.2.3    Attorney fees and costs.

4.2.4    Emotional upset, stress, and anxiety in an amount to be established at trial.

4.2.5    Out of pocket expenses, litigation costs, and attorney fees in amounts to be established at trial.

4.2.6    Statutory and punitive damages.

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## V.   REQUEST FOR RELIEF

The Plaintiff Stephen Newman requests that the court enter judgment against the Defendant as follows:

1. Awarding the Plaintiff special damages for lost wages, benefits, and out of pocket expenses in amounts to be established at trial.

2. Awarding the Plaintiff general damages for emotional distress in an amount to be established at trial.

3. Awarding the Plaintiff reinstatement to his former position with Defendants or in lieu of reinstatement, awarding the Plaintiff future wage loss in an amount to be established at trial.

4. Awarding the Plaintiff actual and reasonable attorney fees, litigation expenses, and costs incurred in this action under RCW 49.46.090 and RCW 49.60.030.

5. Declaratory relief to the effect that the Defendant have violated the Plaintiff's statutory rights;

6. Awarding the Plaintiff prejudgment interest on his lost wages award and economic loss; and

7. Awarding the Plaintiff any additional or further relief which the court finds equitable, appropriate or just.

DATED this 20th day of April, 2016.

EMERY | REDDY, PLLC

By: _____

PATRICK B. REDDY
WSBA No. 34092
AMANDA V. MASTERS
WSBA No. 46342
Emery Reddy, PLLC
600 Stewart St., Ste 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
amanda@emeryreddy.com
Attorneys for Plaintiff Stephen Newman

COMPLAINT FOR DAMAGES FOR WRONGFUL
TERMINATION AND VIOLATION OF THE
WASHINGTON LAW AGAINST DISCRIMINATION
- 5

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

STEPHEN NEWMAN,

                    Plaintiff,

     v.

SOUND INPATIENT PHYSICIANS, INC.,
d/b/a SOUND PHYSICIANS, a Delaware
Corporation,

                    Defendant.

No. 16-2-07942-9

NOTICE OF APPEARANCE

TO:        Stephen Newman, Plaintiff

AND TO:   Patrick Reddy and Amanda Masters, of Emery Reddy, PLLC, Attorneys for Plaintiff

        PLEASE TAKE NOTICE THAT the Defendant above named hereby makes and enters its appearance in the above-entitled action by its undersigned attorneys, and requests that all future papers or pleadings except original process be served upon its said attorneys at their addresses stated below.  The undersigned makes this appearance on behalf of the Defendant without waiving any defenses that Defendant may have to claims asserted in this action, including but not limited to the defense of lack of personal jurisdiction or adequacy of service of process.  All of Defendant's rights and defenses are reserved.

NOTICE OF APPEARANCE - 1
DWT 28710134v1 0081177-000006

1

2      DATED this 18th day of May, 2016.

3                                    DAVIS WRIGHT TREMAINE LLP
                                     Attorneys for Defendant SOUND INPATIENT
4                                    PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

5                                    By s/ Gregory Hendershott
                                        Gregory Hendershott, WSBA #27838
6                                       777 108th Ave. NE, Suite 2300
                                        Bellevue, WA  98004
7                                       Telephone: (425) 646-6100
                                        Fax: (425) 646-6199
8                                       greghendershott@dwt.com

9

10                                   By  s/ Laura Turczanski
                                        Laura Turczanski, WSBA #47070
11                                      1201 Third Avenue, Suite 2200
                                        Seattle, Washington 98101-3045
12                                      Telephone: (206) 622-3150
                                        Fax: (206) 757-7700
13                                      E-mail: lauraturczanski@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
DWT 28710134v1 0081177-000006

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the state of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On this date I caused to be served via electronic and U.S. mail a copy of the foregoing document on the following:

Patrick Reddy
Amanda Masters
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA  98101
reddyp@emeryreddy.com
amanda@emeryreddy.com

DATED this 18th day of May, 2016.

_Victoria White_
_____
Victoria White

NOTICE OF APPEARANCE - 3
DWT 28710134v1 0081177-000006

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

**IN THE SUPERIOR COURT OF WASHINGTON, COUNTY OF PIERCE**

STEPHEN NEWMAN

              Plaintiff(s)/Petitioner,

vs.

SOUND INPATIENT PHYSICIANS, INC.

            Defendant(s)/Respondent.

Cause No: 16-2-07942-9

**NOTE FOR JUDGES MOTION DOCKET**

**(NTMT)**

**TO THE CLERK OF THE SUPERIOR COURT AND TO OPPOSING PARTY (IES):**

NAME: Patrick Reddy

WSBA#: 34092

Phone: (206) 442-9106

ADDRESS: Emery Reddy PLLC

600 Stewart St Ste 1100

Seattle, WA  98101-1269

Self-Represented or

ATTORNEY FOR: Plaintiff

(Please note additional attorneys on an attached page)

Please take notice that an issue of law in this case will be heard on the date below and the clerk is directed to note this on the appropriate calendar:

---

**Pierce County Superior Court, County-City Building – 930 Tacoma Ave. S – Tacoma, WA 98402**

JUDGE: PHILIP K. SORENSEN

CALENDAR DATE/TIME: Friday, May 27, 2016          TIME: 9:00AM

Proceeding Type: Motion to Set Aside Order of Default

**NATURE OF HEARING (MUST CHOOSE ONE OR MORE):**

☐ Adjust Trial Date    ☐ Amend    ☐ Appoint GAL/PI    ☐ Compel    ☐ Consolidate

☐ Disburse Funds    ☐ Dismiss    ☐ Extend GAL/PI Times and Fees    ☐ In Limine

☐ Parenting Plans    ☐ Presentation    ☑ Other Set aside Order of Default

---

**WORKING COPIES SHALL BE DELIVERED TO THE COURT PURSUANT TO PCLR 7 (a) (7)**

**PARTY SETTING HEARING SHALL CONFIRM BY NOON, TWO (2) <u>COURT WORKING </u>DAYS PRIOR TO HEARING OR HEARING WILL BE CANCELLED**

Submitted by:

DATED: May 18, 2016

Signed: /s/ Greg Hendershott

NAME: Greg Hendershott

Phone: (425) 646-6100

ADDRESS: Davis Wright Tremaine LLP

WSBA# 27838

777 108th Avenue NE, Suite 2300

Attorney for: Defendant

Bellevue, WA  98004

1

The Honorable Philip K. Sorensen

2

3

4

5

6

7      SUPERIOR COURT OF THE STATE OF WASHINGTON
                        PIERCE COUNTY

8

9   STEPHEN NEWMAN,

10                      Plaintiff,                    No. 16-2-07942-9

11         v.                                         DEFENDANT'S MOTION TO
                                                      SET ASIDE ORDER OF
12   SOUND INPATIENT PHYSICIANS, INC. d/b/a           DEFAULT
     SOUND PHYSICIANS, a Delaware
13   Corporation,

14                      Defendant.

15

16                          **I.      INTRODUCTION**

17         Defendant SOUND INPATIENT PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

18   ("Defendant") respectfully requests that the Court set aside the Order of Default entered in this

19   action on May 18, 2016.  Despite having knowledge that Defendant was represented in this

20   matter by the undersigned, on May 18, 2016, Plaintiff filed his Complaint and immediately

21   filed a motion for default without giving notice to Defendant.  Defendant learned that the

22   Complaint had been filed and promptly filed a notice of appearance, only then learning that an

23   Order of Default had in fact been entered.  This motion is being filed the same day default was

24   entered and prior to any entry of default judgment.  Good cause exists to set aside the Order of

25   Default.

26

27

MOTION TO SET ASIDE ORDER OF DEFAULT - 1
DWT 29612396v2 0083362-000014

## II.     FACTUAL SUMMARY

On March 24, 2016, Victoria White, assistant to Greg Hendershott, counsel for Defendant, notified Patrick Reddy, counsel for Plaintiff, that Mr. Hendershott was representing Defendant in this matter.  Declaration of Gregory Hendershott ("Hendershott Decl.") ¶ 2, Ex. A.  On April 25, 2016, Plaintiff served the Summons and Complaint on Defendant but did not file the Complaint at that time.  Hendershott Decl. ¶ 3.

On May 18, 2016, Plaintiff filed the Complaint with this Court.  *See* Complaint. Plaintiff also immediately filed a motion for default without giving Defendant notice of the motion.  Hendershott Decl. ¶ 4.  The same day, upon learning that the Complaint had been filed, Laura Turczanski, co-counsel for Defendant, contacted Mr. Reddy to notify him that Defendant's formal Notice of Appearance would be filed shortly.  Declaration of Laura Turczanski ("Turczanski Declaration") ¶ 2.  Mr. Reddy informed Ms. Turczanski that an Order of Default had been entered.  *Id.*  Counsel discussed whether the parties could agree to set aside the default order.  *Id.* ¶ 3.  Although Defendant's counsel was willing to pay Plaintiff's attorney fees incurred in filing the motion for default, the parties were unable to reach immediate agreement to set aside the default order.  *Id.*  In order to avoid any delay, Defendant promptly brought this motion to set aside the Order of Default.

## III.     ARGUMENT

Defaults are "generally disfavored in the law as 'one of the most drastic actions a court may take to punish disobedience to its commands.'"  *Shepard Ambulance, Inc. v. Helsell, Fetterman, Martin, Todd & Hokanson*, 95 Wn. App. 231, 237 (1999) (citations omitted).  "It is 'the policy of the law that controversies be determined on the merits rather than by default.'" *Id.* (citation omitted).  "The fundamental principle in balancing these competing policies is 'whether or not justice is being done.'"  *Id.* at 238 (citation omitted).

"For good cause shown and upon such terms as the court deems just, the court may set aside entry of default." CR 55(c).  "[A] party seeking to set aside an order of default under CR 55(c) prior to the entry of judgment need only show good cause."  *Canam Hambro Systems,*

MOTION TO SET ASIDE ORDER OF DEFAULT - 2
DWT 29612396v2 0083362-000014

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

*Inc. v. Horbach*, 33 Wn. App. 452, 453 (1982).  Good cause exists to set aside the order of default in this case.

Pursuant to Court Rule 55(a)(3), "Any party who has appeared in the action for any purpose shall be served with a written notice of motion for default and the supporting affidavit at least 5 days before the hearing on the motion."  Defendant's counsel informed Plaintiff's counsel of his representation of Defendant regarding the matter and, until the Complaint was filed, there was no state court action in which the Defendant could make a formal appearance.  In fact, immediately upon checking the docket on the morning of May 18 and discovering the Complaint had just been filed, Defendant filed a formal Notice of Appearance in this action.  The default should be set aside because Defendant did not receive notice of the motion prior to entry of default.

Even if the notice to Plaintiff's counsel is insufficient to entitle Defendant to notice under CR 55(a)(3), the Court should nevertheless set aside the order of default pursuant to CR 55(c) because good cause exists.  To the extent Defendant's counsel should have again notified Plaintiff of his representation after service of the Summons and Complaint, any failure to do so was excusable neglect.  The Complaint was filed twenty-three (23) days after service of the Summons and Complaint, and Defendant filed a Notice of Appearance within hours of the Complaint being filed.  Defendant diligently acted to appear in this action as soon as possible and, upon learning that default had been entered, promptly filed this motion to set aside the order.  In the interest of equity and justice, default should be set aside and the parties should be allowed to have the case decided on the merits.

## IV.   CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court set aside the Order of Default.

MOTION TO SET ASIDE ORDER OF DEFAULT - 3
DWT 29612396v2 0083362-000014

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1    DATED this 18th day of May, 2016.

2                                         DAVIS WRIGHT TREMAINE LLP
                                          Attorneys for Defendant SOUND INPATIENT
3                                         PHYSICIANS, INC. d/b/a SOUND PHYSICIANS

4
                                          By *s/ Gregory Hendershott*_____
5                                             Gregory Hendershott, WSBA #27838
                                              777 108th Ave. NE, Suite 2300
6                                             Bellevue, WA  98004
                                              Telephone: (425) 646-6100
7                                             Fax: (425) 646-6199
                                              greghendershott@dwt.com
8

9
                                          By *s/ Laura Turczanski*_____
10                                            Laura Turczanski, WSBA #47070
                                              1201 Third Avenue, Suite 2200
11                                            Seattle, Washington 98101-3045
                                              Telephone: (206) 622-3150
12                                            Fax: (206) 757-7700
                                              E-mail: lauraturczanski@dwt.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MOTION TO SET ASIDE ORDER OF DEFAULT - 4
DWT 29612396v2 0083362-000014

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is over the age of 18 years, a citizen of the

State of Washington, not a party herein, and able to give testimony in court.

On this day, I caused to be served via the below-referenced method, the foregoing

document in connection with the above-referenced matter, upon the following:

Patrick B. Reddy                    BY:  [X]  U.S. MAIL
Amanda V. Masters                        [ ]  HAND DELIVERED
EMERY REDDY, PLLC                        [ ]  OVERNIGHT MAIL
600 Stewart St., Suite 1100              [ ]  FACSIMILE
Seattle, WA  98101                       [X]  ELECTRONIC DELIVERY
P: (206) 442-9106
reddyp@emeryreddy.com
amanda@emeryreddy.com


DATED this 18th day of May, 2016.

                                    /s/ Victoria White
                                    Victoria White

MOTION TO SET ASIDE ORDER OF DEFAULT - 5
DWT 29612396v2 0083362-000014

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

The Honorable Philip K. Sorensen

SUPERIOR COURT OF THE STATE OF WASHINGTON
PIERCE COUNTY

| | |
|---|---|
| STEPHEN NEWMAN,                                   ) | |
|                                                   ) | |
| Plaintiff,                 ) | No. 16-2-07942-9 |
|                                                   ) | |
| v.                                                ) | DECLARATION OF GREGORY |
|                                                   ) | HENDERSHOTT |
| SOUND INPATIENT PHYSICIANS, INC. d/b/a ) | |
| SOUND PHYSICIANS, a Delaware        ) | |
| Corporation,                                      ) | |
|                                                   ) | |
| Defendant.                 ) | |
|                                                   ) | |
|                                                   ) | |

16

17

18

19

20

21

22

23

24

25

26

27

I, Gregory Hendershott, declare as follows:

1.      I am an attorney for defendant Sound Inpatient Physicians, Inc., in the above-entitled action.  I make the statements herein based upon my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.      On March 24, 2016, my assistant Victoria White, acting at my direction, informed Plaintiff's counsel Patrick Reddy that I would be representing the Defendant in this matter.  The email requested that any future communications be directed to me.  Attached hereto as **Exhibit A** is a true and correct copy of the email from Victoria White to Patrick Reddy, upon which I was copied.

DECLARATION OF GREGORY HENDERSHOTT - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1       3.     Defendant was served with the Summons and Complaint on April 25, 2016, but

2   the Complaint was not filed at that time.

3       4.     On May 18, 2016, Plaintiff filed a motion for default with the Court without

4   providing any notice to Defendant.

5       I declare under penalty of perjury under the laws of the state of Washington the

6   foregoing is true and correct and based on personal knowledge.

7

8       Executed in Bellevue, Washington on May 18, 2016.

9

10      By: _____

    Gregory A. Hendershott, WSBA # 27838

11      Davis Wright Tremaine

    777 108th Ave. NE, Suite 2300

12      Bellevue, WA  98004

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF GREGORY HENDERSHOTT - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is over the age of 18 years, a citizen of the State of Washington, not a party herein, and able to give testimony in court.

On this day, I caused to be served via the below-referenced method, the foregoing document in connection with the above-referenced matter, upon the following:

Patrick B. Reddy                    BY: [X] U.S. MAIL
Amanda V. Masters                      [ ] HAND DELIVERED
EMERY REDDY, PLLC                      [ ] OVERNIGHT MAIL
600 Stewart St., Suite 1100            [ ] FACSIMILE
Seattle, WA  98101                     [X] ELECTRONIC DELIVERY
P: (206) 442-9106
reddyp@emeryreddy.com
amanda@emeryreddy.com


DATED this 18th day of May, 2016.

                                   /s/ Victoria White
                                   Victoria White

DECLARATION OF GREGORY HENDERSHOTT - 3

DWT 29612596v1 0083362-000014

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

EXHIBIT A

| | |
|---|---|
| **Subject:** | Sound Inpatient Physicians - Stephen Newman |
| **Date:** | 3/24/2016 10:38 AM |
| **From:** | "White, Victoria" <vickewhite@dwt.com> |
| **To:** | "Patrick B. Reddy <reddyp@emeryreddy.com> (reddyp@emeryreddy.com)" <reddyp@emeryreddy.com> |
| **Cc:** | "Hendershott, Gregory" <gregoryhendershott@dwt.com> |

Dear Mr. Reddy,

Greg Hendershott of this firm has been retained by Sound Inpatient Physicians in the above matter.  Please direct any future communications to him.  Greg is out of the office on vacation and will contact you upon his return.  Thank you,

**Victoria White** | Davis Wright Tremaine LLP
Legal Assistant to Greg Hendershott
777 108th Avenue NE, Suite 2300 | Bellevue, WA 98004
Tel: (425) 646-6170 | Fax: (425) 646-6199
Email: vickewhite@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

The Honorable Philip K. Sorensen

SUPERIOR COURT OF THE STATE OF WASHINGTON
PIERCE COUNTY

STEPHEN NEWMAN,                          )
                                         )
                    Plaintiff,           )   No. 16-2-07942-9
                                         )
        v.                               )   DECLARATION OF LAURA
                                         )   TURCZANSKI
SOUND INPATIENT PHYSICIANS, INC. d/b/a   )
SOUND PHYSICIANS, a Delaware             )
Corporation,                             )
                                         )
                    Defendant.           )
                                         )
_____)

I, Laura Turczanski, declare as follows:

1.      I am an attorney for defendant Sound Inpatient Physicians, Inc., in the above-entitled action.  I make the statements herein based upon my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.      On May 18, 2016, I called Plaintiff's counsel Patrick Reddy and informed him that Defendant would be entering a Notice of Appearance in this action.  Mr. Reddy informed me that an Order of Default had already been entered.  As of the afternoon of May 18, the Order had not yet been entered on the docket.

3.      Mr. Reddy and I discussed whether the parties could agree to set aside the order of default.  I agreed to pay Plaintiff's attorney fees in filing the motion for default if the

DECLARATION OF LAURA TURCZANSKI - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

Plaintiff would agree to set aside the order.  Mr. Reddy and I had several conversations over the course of the day but we were not able to immediately agree on setting aside the default order. Given the concern over delaying further action, Defendant brought this motion to set aside the order for default.

I declare under penalty of perjury under the laws of the state of Washington the foregoing is true and correct and based on personal knowledge.

Executed in Seattle, Washington on May 18, 2016.

By _____
Laura Turczanski, WSBA #47070
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: lauraturczanski@dwt.com

DECLARATION OF LAURA TURCZANSKI - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is over the age of 18 years, a citizen of the

State of Washington, not a party herein, and able to give testimony in court.

On this day, I caused to be served via the below-referenced method, the foregoing

document in connection with the above-referenced matter, upon the following:

Patrick B. Reddy                    BY: [ X ] U.S. MAIL
Amanda V. Masters                       [   ] HAND DELIVERED
EMERY REDDY, PLLC                       [   ] OVERNIGHT MAIL
600 Stewart St., Suite 1100             [   ] FACSIMILE
Seattle, WA  98101                      [ X ] ELECTRONIC DELIVERY
P: (206) 442-9106
reddyp@emeryreddy.com
amanda@emeryreddy.com


DATED this 18th day of May, 2016.

                                        /s/ Victoria White
                                        Victoria White

DECLARATION OF LAURA TURCZANSKI - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Avenue NE
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

DWT 29612719v1 0083362-000014